IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-06-00356-CV

 

In re
John Finley, Lewis Raby, 

William
Gauntt, and Judge Cox

 

 



Original Proceeding

 

 



MEMORANDUM  Opinion



 








          In this original proceeding, Relators
sought the vacatur of an order transferring venue.  However, after they filed
the mandamus petition and motion for emergency stay, Respondent signed an
agreed order vacating the venue order which is the subject of this proceeding. 
Therefore, the mandamus petition and the motion for emergency stay are dismissed
as moot.

PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Petition dismissed

Opinion delivered and
filed November 15, 2006

[OT06]